| | JS - 6 |
|---|---|

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| M.A.C., et al., | CV 16-4477-DMG (AJWx) |
| PLAINTIFFS, | |
| v. | |
| City of Los Angeles, et al., | **JUDGMENT ON THE VERDICT FOR DEFENDANTS** |
| DEFENDANTS. | |

    This action having been tried before the Court sitting with a jury, the Honorable Dolly M. Gee, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict,

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants; Plaintiffs take nothing; and the action is dismissed on the merits pursuant to the verdict filed on February 26, 2018.

                                      Clerk, U. S. District Court

Dated: February 26, 2018                            /s/ Kane Tien
                                                      Deputy Clerk